IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Vickery and Company,

Plaintiff,

v. Case No.: 8:08CV1964T26-TBM

VC Systems & Controls, Inc.,
VC Administration, Inc., and
Henry G. Vickery,

Defendants and Third Party Plaintiffs,

v.

Dennis Barber, Individually,

Third Party Defendant.

* * * * * * * * * * * *

**MOTION AND AFFIDAVIT FOR PRELIMINARY INJUNCTION**

STATE OF FLORIDA )
) ss.
COUNTY OF HILLSBOROUGH )

Defendant/Movant, VC SYSTEMS & CONTROLS, INC., by and through its undersigned attorneys, pursuant to Fed.R.Civ.P. 65; and Local Rules 4.05 and 4.06, hereby files and serves its Motion and Affidavit for Preliminary Injunction, and in support thereof, state as follows:

1. From approximately 1988 through 2004, Henry G. Vickery owned and operated business operations relating to the design, installation and sale of pumps and pumping systems, including companies known as VICKERY AND COMPANY, a Florida corporation, and from approximately 2002 to present,

Henry G. Vickery has owned and operated business known as VC SYSTEMS & CONTROLS, INC., a Florida corporation.

2. For multiple years, the Third Party Defendant, DENNIS BARBER, was an employee of the Plaintiff, VICKERY AND COMPANY; and from 2003 through 2004, the Third Party Defendant, DENNIS BARBER, managed the business and sales operations of the Plaintiff, VICKERY AND COMPANY.

3. During approximately 2004, the Third Party Defendant, DENNIS BARBER, made determination and decision that he desired to purchase and acquire the company known as VICKERY AND COMPANY, a Florida corporation, and become the sole owner of the same.

4. The Plaintiff, VICKERY AND COMPANY, is in the business of handling sales of pumps and pumping systems and equipment designed, manufactured/fabricated and/or created by Defendant/Movant, VC SYSTEMS & CONTROLS, INC.; and the Defendant/Movant, VC SYSTEMS & CONTROLS, INC., is in the business of designing, manufacturing/fabricating and/or creating pumps and pump systems.

5. In connection with the acquisition of VICKERY AND COMPANY by the Third Party Defendant, DENNIS BARBER, the Plaintiff, VICKERY AND COMPANY, obtained and/or retained, without the knowledge and/or consent of VC SYSTEMS & CONTROLS, INC., the job folders with regard to pumps and pump systems sold which had been designed, manufactured/fabricated and/or created by the Defendant/Movant, VC SYSTEMS & CONTROLS, INC.

6. The said folders contain design and manufacturing information,

documentation and criteria, which said information is required by VC SYSTEMS & CONTROLS, INC., in order to protect and maintain Underwriters Laboratories (UL) status and in order to appropriately respond to requests for assistance relating to any problems or service which is necessary for such pumps and pumping systems.

7. The Defendant/Movant, VC SYSTEMS & CONTROLS, INC., has requested on several occasions that the Plaintiff, VICKERY AND COMPANY, and the Third Party Defendant, DENNIS BARBER, permit and allow the Defendant/Movant, VC SYSTEMS & CONTROLS, INC., to copy and duplicate the design, fabricating and technical information and data contained within the subject folders in order that the Defendant/Movant, VC SYSTEMS & CONTROLS, INC., can retain and maintain its Underwriters Laboratories (UL) listings and approvals and in order to provide assistance and advice when there are difficulties or problems with the pumps and/or pumping systems, etc.; however, the Plaintiff, VICKERY AND COMPANY, and the Third Party Defendant, DENNIS BARBER, have failed and/or refused to permit and allow VC SYSTEMS & CONTROLS, INC. to obtain the subject files in order to make copies of the technical data and information relating to design, or to provide copies of such data and information with regard to all of the subject folders to VC SYSTEMS & CONTROLS, INC.

8. The refusal of the Plaintiff, VICKERY AND COMPANY, and the Third Party Defendant, DENNIS BARBER, to provide the design, fabricating and technical information and data contained within the subject folders to VC

SYSTEMS & CONTROLS, INC. jeopardizes the operations of VC SYSTEMS & CONTROLS, INC., in that it prohibits VC SYSTEMS & CONTROLS, INC., from performing service or providing assistance or advice to customers when needed, because the information being wrongfully withheld by the Plaintiff, VICKERY AND COMPANY, and the Third Party Defendant, DENNIS BARBER, is necessary in order to allow the Defendant/Movant, VC SYSTEMS & CONTROLS, INC., to analyze potential equipment problems, to provide service and/or repairs, and to provide advice and assistance to customers as needed.

9. The injury to the business operations of VC SYSTEMS & CONTROLS, INC. is irreparable, in that, without the file information being withheld, VC SYSTEMS & CONTROLS, INC. cannot provide the service and advice to its customers as promised by warranty, thereby subjecting VC SYSTEMS & CONTROLS, INC. to possible warranty violations with its customers, resulting in irreparable financial harm and irreparable harm to the reputation of the Defendant/Movant, VC SYSTEMS & CONTROLS, INC., within its industry.

10. The threat of injury to VC SYSTEMS & CONTROLS, INC. is imminent, in that VC SYSTEMS & CONTROLS, INC. receives regular and frequent service calls from customers, requesting assistance, advice, and/or service repair, and VC SYSTEMS & CONTROLS, INC. is unable to adequately respond to those calls without the information being wrongfully withheld by the Plaintiff, VICKERY AND COMPANY and the Third Party Defendant, DENNIS BARBER.

11. The conduct sought by the Court is as follows: the Court enter its Order directing the Plaintiff, VICKERY AND COMPANY, and the Third Party Defendant, DENNIS BARBER, to provide the subject product file folders to VC SYSTEMS & CONTROLS, INC. in order that it may make copies of and/or duplicate the design, fabricating and technical information and data contained therein.

12. No bond should be required in that the manufacturing information and data belongs to Defendant/Movant, VC SYSTEMS & CONTROLS, INC., and has no value or economic value to VICKERY AND COMPANY or DENNIS BARBER, who are wrongfully withholding the same.

FURTHER AFFIANT SAYETH NOT.

VC SYSTEMS & CONTROLS, INC.

By: ______________________
Henry G. Vickery, President

Sworn to and subscribed before me by HENRY G. VICKERY, as President of VC SYSTEMS & CONTROLS, INC., this 10th day of November, 2008, in Tampa, Hillsborough County, Florida.

______________________
Notary Public, State of Florida

(NOTARY SEAL)

ANALISA M. WHITESIDE
MY COMMISSION # DD 552921
EXPIRES: May 16, 2010
Bonded Thru Notary Public Underwriters

Analisa M. Whiteside
Typed/Printed Name of Notary

s/ Julie F. Fox
Robert E. Morris, Florida Bar # 152137
Robert A. Bauman, Fla. Bar # 492530

Julie F. Fox, Florida Bar # 0014324 -
Trial Counsel

ROBERT E. MORRIS, P.A.
5020 West Cypress Street, Suite 200
Tampa, Florida 33607
(813) 289-0440 – Telephone
(813) 289-7652 – Facsimile
*Attorneys for VC SYSTEMS & CONTROLS, INC.; VC ADMIN., INC. and HENRY G. VICKERY*

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2008, a copy of the foregoing document was served, through the Court's ECF system, upon Andrew Lynch Cole, Esq., and Natalie Stroud Fenner, Esq., counsel for the Plaintiff and Third Party Defendant, who are registered users of the ECF system.

/s/ Julie F. Fox