IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Vickery and Company,

Plaintiff,

v. Case No.: 8:08CV1964T26-TBM

VC Systems & Controls, Inc.,
VC Administration, Inc., and
Henry G. Vickery,

Defendants and Third Party Plaintiffs,

v.

Dennis Barber, Individually,

Third Party Defendant.

* * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION AND AFFIDAVIT FOR PRELIMINARY INJUNCTION**

Defendant/Third Party Plaintiff, VC SYSTEMS & CONTROLS, INC., by and through its undersigned attorneys, hereby files and serves its Memorandum In Support of Motion and Affidavit for Preliminary Injunction, and in support thereof, state as follows:

1. Defendant/Third Party Plaintiff, VC SYSTEMS & CONTROLS, INC., has filed its Motion and Affidavit for Preliminary Injunction, asking this Court to order and direct the Plaintiff, VICKERY AND COMPANY, and Third Party Defendant, DENNIS BARBER, to immediately deliver to VC SYSTEMS & CONTROLS, INC. all product file folders in their possession that contain design and manufacturing information, documentation and criteria with regard to pumps

and/or pump systems sold which were designed, manufactured/fabricated and/or created by VC SYSTEMS & CONTROLS, INC., in order that VC SYSTEMS & CONTROLS, INC. may make copies and/or duplications of such data and information.

2. Defendant/Third Party Plaintiff, VC SYSTEMS & CONTROLS, INC., is likely to prevail on the merits of its claim, in that the files and documents sought to be recovered from the Plaintiff and Third Party Defendant are files and documents that are the property of Defendant/Third Party Plaintiff, VC SYSTEMS & CONTROLS, INC.; are files and documents that are necessary in order for Defendant/Third Party Plaintiff, VC SYSTEMS & CONTROLS, INC., to continue to operate its day-to-day business operations; and are files and documents that were taken by VICKERY AND COMPANY and DENNIS BARBER without the knowledge and/or consent of Defendant/Third Party Plaintiff, VC SYSTEMS & CONTROLS, INC.

3. Defendant/Third Party Plaintiff, VC SYSTEMS & CONTROLS, INC., faces irreparable harm and injury if said files are documents are not returned to it, in that, without the information being withheld by VICKERY AND COMPANY and DENNIS BARBER, VC SYSTEMS & CONTROLS, INC. cannot maintain its Underwriting Laboratories (UL) listings and approvals, and cannot provide service and advice to its customers as promised by warranty, thereby subjecting VC SYSTEMS & CONTROLS, INC. to possible warranty violations with its customers, resulting in irreparable financial harm and harm to the reputation of VC SYSTEMS & CONTROLS, INC. within its industry.

4. There is no potential harm that might be caused to Plaintiff, VICKERY AND COMPANY, or to Third Party Defendant, DENNIS BARBER, if the requested Preliminary Injunction is issued, in that the files and documents requested are of no use to the Plaintiff, VICKERY AND COMPANY, in its business operations and are of no use and/or benefit to the Third Party Defendant, DENNIS BARBER, except to cause further disruption and injury to Defendant/Third Party Plaintiff, VC SYSTEMS & CONTROLS, INC.

5. There is no public interest involved in the issuance of the requested Preliminary Injunction, except that the customers of Defendant/Third Party Plaintiff, VC SYSTEMS & CONTROLS, INC., will benefit from the issuance of the requested Preliminary Injunction, in that they will be able to receive warranty service and product advice and assistance from VC SYSTEMS & CONTROLS, INC.

WHEREFORE, Defendant/Third Party Plaintiff, VC SYSTEMS & CONTROLS, INC., respectfully requests that the Court enter its Preliminary Injunction against the Plaintiff, VICKERY AND COMPANY, and the Third Party Defendant, DENNIS BARBER, in accordance with Motion and Affidavit for Preliminary Injunction filed herein.

s/ Julie F. Fox
Robert E. Morris, Florida Bar # 152137
Robert A. Bauman, Fla. Bar # 492530
Julie F. Fox, Florida Bar # 0014324 - Trial Counsel

ROBERT E. MORRIS, P.A.
5020 West Cypress Street, Suite 200
Tampa, Florida 33607
(813) 289-0440 – Telephone

(813) 289-7652 – Facsimile
*Attorneys for VC SYSTEMS & CONTROLS, INC.; VC ADMIN., INC. and HENRY G. VICKERY*

CERTIFICATE OF SERVICE

I hereby certify that on this _10th__ day of November, 2008, a copy of the foregoing document was served, through the Court's ECF system, upon Andrew Lynch Cole, Esq., and Natalie Stroud Fenner, Esq., counsel for the Plaintiff and Third Party Defendant, who are registered users of the ECF system.

/s/ Julie F. Fox