## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VICKERY AND COMPANY,

     Plaintiff,

v.                                 CASE NO: 8:08-cv-1964-T-26TBM

VC SYSTEMS & CONTROLS, INC.,
VC ADMINISTRATION, INC., and
HENRY G. VICKERY,

     Defendants and Third-Party Plaintiff,

v.

DENNIS BARBER,

     Third-Party Defendant.
_____/

## O R D E R

Defendant/Third Party Plaintiff VC Systems & Controls, Inc. (VC Systems), has filed a motion, affidavit, and memorandum of law seeking entry of a preliminary injunction commanding Plaintiff Vickery and Company (Vickery), as well as Third Party Defendant Dennis Barber (Barber), to return certain job folders containing critical information needed by VC Systems in connection with the running of its business enterprise. Upon careful review of VC Systems' submissions, together with the pleadings on file in the court file, the Court concludes that VC Systems' motion is due to be denied. Given this conclusion, the Court needs no response from Vickery and Barber.

The Eleventh Circuit has instructed that a preliminary injunction is an extraordinary and drastic remedy, that a district court's discretion to issue such an injunction is not unbridled, and such an injunction should not issue unless the movant clearly carries its burden of persuasion with regard to the four prerequisites for issuing such an injunction, one of which is that there is a substantial likelihood of prevailing on the merits.  See Suntrust Bank v. Houghton Muffin Co., 252 F.3d 1165, 1166 (11th Cir. 2001).  In this case, after careful review of the record, the Court determines that VC Systems has wholly failed to make the "critical showing" that there is a substantial likelihood that it will eventually prevail on the merits so that to grant its request for a preliminary injunction would be an abuse of discretion.  Id.  Consequently, VC Systems' Motion for Preliminary Injunction (Dkt. 10) is denied.

**DONE AND ORDERED** at Tampa, Florida, on November 12, 2008.


     s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


COPIES FURNISHED TO:
Counsel of Record